**UNITED STATES DISTRICT COURT**
For The District of Connecticut



*269788*

**AFFIDAVIT OF SERVICE**

Index no : **3:26-CV-00279-SFR**

**Luigi Giroto**

Plaintiff(s),

vs.

**Poke Boba, et al**

Defendant(s).

_____/

**STATE OF CONNECTICUT**

ss: **East Hartford**

**HARTFORD COUNTY**

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **03/27/2026** at **4:52 PM**, I served the within **Summons in a Civil Action, Complaint, First Set of Civ. Rule 33.1 Interrogatories, Interrogatories, First Request for Production to Defendant, Notice of Electronic Filing, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, Exhibit A, Notice of Option to Consent to Magistrate Judge Jurisdiction** on **Poke Boba** at **360 Greenwich Ave, Greenwich, CT 06830** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Qiao Rong Lin, Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Poke Boba**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Perceived Gender | Perceived Race | Color of Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Asian | Black | 24 | 5'4" | 115 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
March 30, 2026
by an affiant who is personally known to
me or produced identification.

X._____
Eric Rubin
Alexander Poole & Company, Inc.
41 State Street, Ste 702
P.O.Box 69
Albany, NY 12207
518-436-0895
Atty File#:

_____
NOTARY PUBLIC
My Commission Expires: _____

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES
3/31/2028